UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Russell L. Low, Esq. -RLL 4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street, Suite 304
Hackensack, NJ 07601
(201) 343-4040 Telephone
(201) 488-5788
Attorney for Debtor

In Re:

Rickey Crumbley

Order Filed on April 27, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 17-13268 |
| Hearing Date: | 03/23/2017 |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 27, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by _____Russell L. Low, Esq._____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____all Creditors_____ is reinstated effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rickey L. Crumbley  
    Debtor

Case No. 17-13268-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Apr 27, 2017  
                 Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db        +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:

        Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com, ewassall@udren.com  
        Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com, lowlaw505@gmail.com  
        U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 6