Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–13268–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rickey L. Crumbley
  1095 Grove Street
  Irvington, NJ 07111

Social Security No.:
  xxx–xx–8688

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 5/24/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:            June 22, 2017
Time:            09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 25, 2017
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-13268-JKS
Rickey L. Crumbley                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 25, 2017
                              Form ID: 185             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
```
db             +Rickey L. Crumbley,    1095 Grove Street,     Irvington, NJ 07111-4124
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +U.S. Bank, N.A., et al,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Suite 200,
                 Warrington, PA 18976-3400
516656023      +Asset Acceptance LLC/Chase Bank/Midland,    c/o Leonard Franco Jr.,
                 1037 Raymond Blvd., Suite 710,    PO Box 771,    Newark, NJ 07101-0771
516656024      +Asset Acceptance, LLC/Midland Credit Man,    PO Box 2036,    Warren, MI 48090-2036
516656025      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
516713815      +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516656026      +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516656029     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
                 Kansas City, MO 64195)
516656027      +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516656028       Cci,    Contract Callers I,    Augusta, GA 30901
516656030      +City Ntl Bk/Ocwen Loan Service/Caliber H,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
516656031      +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
516656033      +Comenity Bank/shpathme,    4590 E Broad St,    Columbus, OH 43213-1301
516656035      +Everest Receivable Services,    5165 Broadway #112,    Depew, NY 14043-4012
516656036      +First National Collecrion Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516656037      +Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,    Voorhees, NJ 08043-4381
516656039      +Heartwood 55 LLC,    PO box 5707,    Fort Lauderdale, FL 33310-5707
516656048      +MTAG Cust Alterna Funding 1 , LLC,    PO Box 54817,    New Orleans, LA 70154-4817
516763842      +MTAG-Cust-ATCF II NJ-Cap One,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
516656044      +Macwcp II, LLP,    Attn: Gary C. Zeitz, LLC,    1105 Laurel Oak Road, Suite 136,
                 Voorhees, NJ 08043-4312
516656045      +Midland Credit Management,Inc.,    P.O Box 2036,    Warren, MI 48090-2036
516656051      +Moses Rountree, Jr.,    30 Wilbur Ave.,    Newark, NJ 07112-2312
516656049      +Palisade Collection LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516656050      +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
516754869     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516656052      +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
516656053      +Shell Point,    PO Box 10826,    Greenville, SC 29603-0826
516656055      +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
516656040     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,    P.o. Box 13716,    Sacramento, CA 95853)
516656058      +Wachov/ftu/Wells Fargo,    Po Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
516656059     #+Wells Fargo,    PO Box 6412,    Carol Stream, IL 60197-6412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516656034      +E-mail/Text: mrdiscen@discover.com May 25 2017 22:41:23      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516656038      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 22:38:11      GECRB/ShopNBC,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
516656041       E-mail/Text: cio.bncmail@irs.gov May 25 2017 22:41:41      Internal Revenue Services,
                 Special Processing Branch,    PO Box 724,    Springfield, NJ 07081
516729797       E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2017 22:38:10      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516694122      +E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2017 22:37:53
                 LVNV Funding LLC c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
516656042      +E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2017 22:37:55      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516656047      +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2017 22:42:00      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516656056      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2017 22:38:11      Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
516656057      +E-mail/Text: ebn@vativrecovery.com May 25 2017 22:41:49      Vativ Recovery Solutions, LLC,
                 PO Box 19249,    Sugar Land, TX 77496-9249
                                                                                              TOTAL: 11
```

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: May 25, 2017
                               Form ID: 185                 Total Noticed: 43


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516656032*      +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
516656043*      +LVNV Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
516789297*       LVNV Funding, LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
516656046*      +Midland Credit Management,Inc.,    P.O Box 2036,    Warren, MI 48090-2036
516656054*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 283,
                  Trenton, NJ 08695)
                                                                                              TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
               ewassall@udren.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com, ecf@lowbankruptcy.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```