Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: Rickey L. Crumbley

Debtor(s)

Case No.: 17-13268
Judge: JKS
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: June 21, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The Debtor shall pay  500.00 Monthly  to the Chapter 13 Trustee, starting on  March 1, 2017  for approximately 36 months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>  ☑  Future Earnings<br>  ☐  Other sources of funding (describe source, amount and date when funds are available): |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

   c. Use of real property to satisfy plan obligations:
      ☑ Sale of real property
      Description: 184-186 Hawthorne Avemnue, Newark, NJ 07112
      Proposed date for completion: August 2017

      ☐ Refinance of real property
      Description:
      Proposed date for completion:

      ☑ Loan modification with respect to mortgage encumbering property
      Description: Location: 121 South Street, Newark, NJ 07107
      All Arrears will be put into the Loan Modification.
      Proposed date for completion: August 2017

   d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
   e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 2,500.00 |
| Internal Revenue Services | Taxes and certain other debts | 0.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| City Ntl Bk/Ocwen Loan Service/Caliber H | 121 South Street Newark, NJ 07107 Essex County Location: 121 South Street, Newark, NJ 07107 | 50,921.00 | 0.00 | 2,004.43 | 587.00 |

2

| Creditor | Collateral | | | | |
|---|---|---|---|---|---|
| City of Newark | 184-186 Hawthrone Ave. Newark, NJ 07112 Essex County Location: 184-186 Hawthorne Avemnue, Newark, NJ 07112 | 104,935.26 | 18.00 | 5,553.93 | 916.47 |
| Heartwood 55 LLC | 184-186 Hawthrone Ave. Newark, NJ 07112 Essex County Location: 184-186 Hawthorne Avemnue, Newark, NJ 07112 | 58,689.68 | 18.00 | 3,106.28 | 916.48 |
| MTAG Cust Alterna Funding 1 , LLC | 184-186 Hawthrone Ave. Newark, NJ 07112 Essex County Location: 184-186 Hawthorne Avemnue, Newark, NJ 07112 | 57,348.66 | 18.00 | 3,035.36 | 916.48 |
| Shell Point | 1095 Grove Street Irvington, NJ 07111 Essex County Location: 1095 Grove Street, Irvington NJ 07111 | 0.00 | 0.00 | 0.00 | 948.00 |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Bk Of Amer | 1095 Grove Street Irvington, NJ 07111  Essex County Location: 1095 Grove Street, Irvington NJ 07111 | 65,754.00 | 95,000.00 | 1st Mortgage Shell Point - 66,192.00 1st Mortgage Shell Point - 66,192.00 | No value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
City of Newark
Macwcp II, LLP
Shell Point

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

_____  Not less than $_____ to be distributed *pro rata*

_____  Not less than _____ percent

____X____  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Bk Of Amer | 1095 Grove Street Irvington, NJ 07111  Essex County  Location: 1095 Grove Street, Irvington NJ 07111 | 65,754.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
   1) Trustee Commissions
   2) Other Administrative Claims
   3) Secured Claims
   4) Lease Arrearages
   5) Priority Claims
   6) General Unsecured Claims

d. **Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: May 24, 2017.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Amended plan to correct Bank of America's claim treatment | Amended plan to correct Bank of America's claim treatment |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☑ No |
|---|---|---|

### Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date   June 21, 2017            /s/ Russell L. Low
                                Russell L. Low 4745
                                **Attorney for the Debtor**

I certify under penalty of perjury that the foregoing is true and correct.

Date:   June 21, 2017           /s/ Rickey L. Crumbley
                                Rickey L. Crumbley
                                **Debtor**

Date:   _____          _____
                                **Joint Debtor**

6

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13268-JKS
Rickey L. Crumbley                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Jun 22, 2017
                             Form ID: pdf901          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
```
db          +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +U.S. Bank, N.A., et al,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Suite 200,
              Warrington, PA 18976-3400
516656023   +Asset Acceptance LLC/Chase Bank/Midland,    c/o Leonard Franco Jr.,
              1037 Raymond Blvd., Suite 710,    PO Box 771,    Newark, NJ 07101-0771
516656024   +Asset Acceptance, LLC/Midland Credit Man,    PO Box 2036,    Warren, MI 48090-2036
516656025   +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
              Simi Valley, CA 93062-5170
516713815   +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
516656026   +Bk Of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516656029  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,    Po Box 20507,
              Kansas City, MO 64195)
516656027   +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516656028    Cci,    Contract Callers I,    Augusta, GA 30901
516656030   +City Ntl Bk/Ocwen Loan Service/Caliber H,    Attn: Bankruptcy,    P.O. Box 24738,
              West Palm Beach, FL 33416-4738
516656031   +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
516656033   +Comenity Bank/shpathme,    4590 E Broad St,    Columbus, OH 43213-1301
516656035   +Everest Receivable Services,    5165 Broadway #112,    Depew, NY 14043-4012
516656036   +First National Collecrion Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516656037   +Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,    Voorhees, NJ 08043-4381
516656039   +Heartwood 55 LLC,    PO box 5707,    Fort Lauderdale, FL 33310-5707
516656048   +MTAG Cust Alterna Funding 1 , LLC,    PO Box 54817,    New Orleans, LA 70154-4817
516763842   +MTAG-Cust-ATCF II NJ-Cap One,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
              Voorhees, NJ 08043-4381
516656044   +Macwcp II, LLP,    Attn: Gary C. Zeitz, LLC,    1105 Laurel Oak Road, Suite 136,
              Voorhees, NJ 08043-4312
516656045   +Midland Credit Management,Inc.,    P.O Box 2036,    Warren, MI 48090-2036
516656051   +Moses Rountree, Jr.,    30 Wilbur Ave.,    Newark, NJ 07112-2312
516656049   +Palisade Collection LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516656050   +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
516754869  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
              Trenton, NJ 08695-0245)
516656052   +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
516656053   +Shell Point,    PO Box 10826,    Greenville, SC 29603-0826
516656055   +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
516885509   +U.S. Bank Trust, et al.,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
516656040  ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Homeq Servicing,    P.o. Box 13716,    Sacramento, CA 95853)
516656058   +Wachov/ftu/Wells Fargo,    Po Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
516656059   #+Wells Fargo,    PO Box 6412,    Carol Stream, IL 60197-6412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:52     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:48     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516656034   +E-mail/Text: mrdiscen@discover.com Jun 22 2017 22:19:00     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
516656038   +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:24     GECRB/ShopNBC,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
516656041    E-mail/Text: cio.bncmail@irs.gov Jun 22 2017 22:19:17     Internal Revenue Services,
              Special Processing Branch,    PO Box 724,    Springfield, NJ 07081
516729797    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2017 22:23:16     LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
516694122    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2017 22:23:17
              LVNV Funding LLC c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
516656042   +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2017 22:23:16     LVNV Funding, LLC,
              PO Box 10497,    Greenville, SC 29603-0497
516656047   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2017 22:19:47     Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516656056   +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 22:23:37     Syncb/lord & Tay,    Po Box 965015,
              Orlando, FL 32896-5015
516885509   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 22 2017 22:20:42     U.S. Bank Trust, et al.,
              c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516656057   +E-mail/Text: ebn@vativrecovery.com Jun 22 2017 22:19:25     Vativ Recovery Solutions, LLC,
              PO Box 19249,    Sugar Land, TX 77496-9249
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: pdf901            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                          TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516656032*      +City of Newark,   920 Broad Street,   Newark, NJ 07102-2660
516656043*      +LVNV Funding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
516789297*       LVNV Funding, LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC  29603-0587
516656046*      +Midland Credit Management,Inc.,   P.O Box 2036,   Warren, MI 48090-2036
516656054*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 283,
                  Trenton, NJ 08695)
                                                                            TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
               ewassall@udren.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 8
```