UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
      RICKEY L. CRUMBLEY

Order Filed on October 2, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-13268

Hearing Date:  09/28/2017

Judge:  JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: October 2, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  RICKEY L. CRUMBLEY

Case No.:  17-13268JKS

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/28/2017 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/28/2017 of the plan filed on 06/21/2017, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/12/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.