RECEIVED 09/28/2017 06:50PM
From:low & Low llC
#778 P.001/002

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Fax: (201) 488-5788
Russell L. Low, Esq. No. 4745

In Re:

RICKEY L. CRUMBLEY

Case No.: 17-13268

Judge: JKS

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☑ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1. ☑ Motion for Relief from the Automatic Stay filed by _____MTAG- Capital One_____, creditor.

A hearing has been scheduled for _____October 26th_____, at _11 a._ m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐ Certification of Default filed by _____, creditor.

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

RECEIVED 09/28/2017 06:56PM 9083536628 From:low & Low llc    9/28/2017 07:04    #778 P.002/002

2. I am objecting to the above for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☑ Other (**explain your answer**):
I will be paying off the property tax lien in it's entirety on October 22nd.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: September 28, 2017

x _____
Debtor's Signature

Date: _____
_____
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a Creditor's Certification of Default (under an Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

rev.12/1/09