Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−13268−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rickey L. Crumbley
   1095 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 11/9/17 at 11:00 AM

to consider and act upon the following:

*51* − Motion to Approve Loan Modification with Caliber Home Loans, Inc. Filed by Russell L. Low on behalf of Rickey L. Crumbley. Objection deadline is 10/30/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit # 4 Certificate of Service) (Low, Russell)

*52* − Objection to Motion to Approve Loan Modification with Caliber Home Loans, Inc. (related document:51 Motion to Approve Loan Modification with Caliber Home Loans, Inc. Filed by Russell L. Low on behalf of Rickey L. Crumbley. Objection deadline is 10/30/2017. (Attachments: # 1 Certification # 2 Proposed Order # 3 Exhibit # 4 Certificate of Service) filed by Debtor Rickey L. Crumbley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/18/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court