UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG-CUST-ATCF II NJ-CAP ONE

Order Filed on November 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

RICKY L. CRUMBLEY

Case No.: 17-13268/JKS

Chapter 13

Hearing Date: October 26, 2017

Judge: John K. Sherwood

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 1, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of MTAG-CUST-ATCF II NJ-CAP ONE ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Ricky L. Crumbley (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Russell L. Low, Esquire, Low & Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 184-186 Hawthorne Ave, Newark, New Jersey, Block 3579, Lot 5 addl lot 6 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seeks to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Within ten (10) days of the entry of this Order, the Debtor shall pay all outstanding post-petition taxes owing to Newark on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. Within ten (10) days of the entry of this Order, the Debtor shall pay all outstanding payments owed to the Chapter 13 Trustee.

3. In the event the Debtor fails to make any of the post-petition payments required to be made to Newark on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon

application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4.  Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.