**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on November 13,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Rickey Crumbley** | : | CASE NO.  17-13268 |
| Debtor. | : | The Honorable John K. Sherwood |

## AMENDED ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: November 13, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:        Rickey Crumbley
Case No.:       17-13268-JKS
Caption:        **ORDER FOR AUTHORITY TO ENTER INTO A
                MORTGAGE LOAN MODIFICATION**

---

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor,

Rickey L. Crumbley, upon the Notice of Motion for Authority to Enter into a Mortgage Loan

Modification as to real property located at 121 South Street Newark, NJ 07107.

    **IT IS ORDERED,** that all arrears are to be rolled into the mortgage modification and

therefore the Trustee should make no further disbursements on the arrears claim as filed and the

claim shall be treated as unaffected by the plan. The creditor has 20 days to modify its claim.

And, it appearing that notice of said Motion was properly served upon all parties concerned and

this Court, having considered the representation of the attorney for the Debtor, Russell L. Low,

Esq., for secured creditor Caliber Home Loans, Inc. appearing and for good cause having been

shown;

    **FURTHER ORDERED** that the Debtor's Motion for Authority to Enter into a Mortgage

Loan Modification on the mortgaged property is hereby granted.

    **FURTHER ORDERED** that upon entry of this Order, the Debtor has (14) days to file

amended Schedules I & J.