**RUSSELL LOW, ESQ. RLL-4745**

LOW & LOW, LLC.

Attorneys at Law

505 Main Street

Hackensack, NJ 07601

(201) 343-4040

Attorneys for Debtor

**Order Filed on November 13, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Rickey Crumbley** | : | CASE NO.  17-13268 |
| Debtor. | : | The Honorable John K. Sherwood |

**AMENDED ORDER FOR AUTHORITY TO ENTER INTO A
MORTGAGE LOAN MODIFICATION**

The relief set forth on the following pages numbered (2) through page (2) is hereby

**ORDERED**.

**DATED: November 13, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:      Rickey Crumbley
Case No.:     17-13268-JKS
Caption:      **ORDER FOR AUTHORITY TO ENTER INTO A**
              **MORTGAGE LOAN MODIFICATION**

---

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor,

Rickey L. Crumbley, upon the Notice of Motion for Authority to Enter into a Mortgage Loan

Modification as to real property located at 121 South Street Newark, NJ 07107.

     **IT IS ORDERED,** that all arrears are to be rolled into the mortgage modification and

therefore the Trustee should make no further disbursements on the arrears claim as filed and the

claim shall be treated as unaffected by the plan. The creditor has 20 days to modify its claim.

And, it appearing that notice of said Motion was properly served upon all parties concerned and

this Court, having considered the representation of the attorney for the Debtor, Russell L. Low,

Esq., for secured creditor Caliber Home Loans, Inc. appearing and for good cause having been

shown;

     **FURTHER ORDERED** that the Debtor's Motion for Authority to Enter into a Mortgage

Loan Modification on the mortgaged property is hereby granted.

     **FURTHER ORDERED** that upon entry of this Order, the Debtor has (14) days to file

amended Schedules I & J.

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 17-13268-JKS
Rickey L. Crumbley                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Nov 13, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db            +Rickey L. Crumbley,   1095 Grove Street,   Irvington, NJ 07111-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
           ewassall@udren.com
          Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 10