**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

   RICKEY L. CRUMBLEY

Order Filed on November 16,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

**Case No.:  17-13268 JKS**

**Hearing Date:  11/9/2017**

**Judge:  JOHN K. SHERWOOD**

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: November 16,
2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:   17-13268 JKS

Caption of Order:         ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/16/2017, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 3/1/2017, the Debtor shall pay the Standing Trustee

  the sum of $500.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must become current by 11/30/2017 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that Debtor must complete sale of 184-186 Hawthorne Ave by 3/31/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney ; and it is further

- ORDERED, that Debtor must complete loan modification of 121 South St by 12/31/17 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney ; and it is further

- ORDERED, that the Trustee to pay arrears on all properties pending sale and loan modification; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $2,500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee ; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 17-13268-JKS
Rickey L. Crumbley                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Nov 16, 2017
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db             +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                          TOTAL: 0
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
           ewassall@udren.com
          Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 10
```