Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13268−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rickey L. Crumbley
   1095 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8688

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/25/18 at 11:00 AM

to consider and act upon the following:

*68* − Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG−Cust−ATCF II NJ−Cap One. Objection deadline is 01/3/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

*69* − Certification in Opposition to (related document:68 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG−Cust−ATCF II NJ−Cap One. Objection deadline is 01/3/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor MTAG−Cust−ATCF II NJ−Cap One) filed by Russell L. Low on behalf of Rickey L. Crumbley. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 1/2/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court