Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13268−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rickey L. Crumbley
   1095 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/25/18 at 11:00 AM

to consider and act upon the following:

*68* − Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG−Cust−ATCF II NJ−Cap One. Objection deadline is 01/3/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

*69* − Certification in Opposition to (related document:68 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG−Cust−ATCF II NJ−Cap One. Objection deadline is 01/3/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor MTAG−Cust−ATCF II NJ−Cap One) filed by Russell L. Low on behalf of Rickey L. Crumbley. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 1/2/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rickey L. Crumbley  
    Debtor

Case No. 17-13268-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 02, 2018  
                 Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.  
db          +Rickey L. Crumbley,    1095 Grove Street,     Irvington, NJ 07111-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Andrew M. Lubin    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com, ewassall@udren.com  
        Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com  
        Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 11