| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GARY C. ZEITZ, L.L.C.**<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*MTAG-CUST-ATCF II NJ-CAP ONE* | Order Filed on January 30, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RICKY L. CRUMBLEY | Case No.: 17-13268/JKS<br><br>Chapter 13<br><br>Hearing Date: January 25, 2018<br><br>Judge: John K. Sherwood |

### ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 30, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of MTAG-CUST-ATCF II NJ-CAP ONE ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Ricky L. Crumbley (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, LLC, attorneys for Creditor and Russell L. Low, Esquire, Low & Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 184-186 Hawthorne Avenue, Newark, New Jersey, Block 3579, Lot 5 addl lot 6 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on September 22, 2017, resulting in the entry of an Order resolving the Motion on November 1, 2017; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the November 1, 2017 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Creditor acknowledges that the Debtor has paid to the City of Newark, post-petition taxes on account of the Property for the 4th quarter of 2017.

2. Debtor shall continue to make the payments to the City of Newark on all post-petition taxes on account of the Property as they come due.

3. In the event the Debtor fails to make any of the post-petition payments required

to be made to Newark on account of the Property or fails to make any payments under his Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.