UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG-CUST-ATCF II NJ-CAP ONE

Order Filed on January 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

RICKY L. CRUMBLEY

Case No.: 17-13268/JKS

Chapter 13

Hearing Date: January 25, 2018

Judge: John K. Sherwood

### ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 30, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of MTAG-CUST-ATCF II NJ-CAP ONE ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Ricky L. Crumbley (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, LLC, attorneys for Creditor and Russell L. Low, Esquire, Low & Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 184-186 Hawthorne Avenue, Newark, New Jersey, Block 3579, Lot 5 addl lot 6 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on September 22, 2017, resulting in the entry of an Order resolving the Motion on November 1, 2017; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the November 1, 2017 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Creditor acknowledges that the Debtor has paid to the City of Newark, post-petition taxes on account of the Property for the 4th quarter of 2017.

2. Debtor shall continue to make the payments to the City of Newark on all post-petition taxes on account of the Property as they come due.

3. In the event the Debtor fails to make any of the post-petition payments required

to be made to Newark on account of the Property or fails to make any payments under his Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13268-JKS
Rickey L. Crumbley                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: Jan 30, 2018
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db              +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
               ewassall@udren.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11