# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 17−13268−JKS
                  Chapter: 13
                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rickey L. Crumbley
   1095 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    4/12/18
Time:    11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low

COMMISSION OR FEES
$2,200.00

EXPENSES

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 9, 2018
JAN:

                              Jeanne Naughton
                              Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                                Case No. 17-13268-JKS
Rickey L. Crumbley                                                    Chapter 13
      Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                 Date Rcvd: Mar 09, 2018
                              Form ID: 137                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db             +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr              U.S. Bank, N.A., et al,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,   Suite 200,
                 Warrington, PA 18976-3400
516656023      +Asset Acceptance LLC/Chase Bank/Midland,    c/o Leonard Franco Jr.,
                 1037 Raymond Blvd., Suite 710,   PO Box 771,    Newark, NJ 07101-0771
516656024      +Asset Acceptance, LLC/Midland Credit Man,    PO Box 2036,    Warren, MI 48090-2036
516656025      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
516713815      +Bank of America, N.A.,    P.O. Box 31785,   Tampa, FL 33631-3785
516656026      +Bk Of Amer,   1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
516656029     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi,    CitiCard Credit Services/Centralized Ban,   Po Box 20507,
                 Kansas City, MO 64195)
516656027      +Caliber Home Loans,    PO Box 619063,   Dallas, TX 75261-9063
516656028       Cci,   Contract Callers I,    Augusta, GA 30901
516656030      +City Ntl Bk/Ocwen Loan Service/Caliber H,    Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
516656031      +City of Newark,    920 Broad Street,   Newark, NJ 07102-2660
517201239      +City of Newark Tax Department,    c/o Law Department,    920 Broad Street, Rm 316,
                 Newark, NJ 07102-2609
516656033      +Comenity Bank/shpathme,    4590 E Broad St,   Columbus, OH 43213-1301
516656035      +Everest Receivable Services,    5165 Broadway #112,    Depew, NY 14043-4012
516656036     #+First National Collecrion Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516656037      +Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,    Voorhees, NJ 08043-4381
516656039      +Heartwood 55 LLC,    PO box 5707,   Fort Lauderdale, FL 33310-5707
516656048      +MTAG Cust Alterna Funding 1 , LLC,    PO Box 54817,   New Orleans, LA 70154-4817
516763842      +MTAG-Cust-ATCF II NJ-Cap One,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
                 Voorhees, NJ 08043-4381
516897973      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
516656044      +Macwcp II, LLP,    Attn: Gary C. Zeitz, LLC,   1105 Laurel Oak Road, Suite 136,
                 Voorhees, NJ 08043-4312
516656051      +Moses Rountree, Jr.,    30 Wilbur Ave.,   Newark, NJ 07112-2312
516656049      +Palisade Collection LLC,    PO Box 1244,   Englewood Cliffs, NJ 07632-0244
516656050      +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
516754869     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516656052      +Sears/cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
516656053      +Shell Point,    PO Box 10826,   Greenville, SC 29603-0826
516656055      +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
516656040     ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
               (address filed with court: Homeq Servicing,    P.o. Box 13716,    Sacramento, CA 95853)
516656058      +Wachov/ftu/Wells Fargo,    Po Box 31557,   Mac B6955-01b,    Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2018 00:04:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2018 00:04:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516656034      +E-mail/Text: mrdiscen@discover.com Mar 10 2018 00:03:44     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
516656038      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:22     GECRB/ShopNBC,    Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
516656041       E-mail/Text: cio.bncmail@irs.gov Mar 10 2018 00:04:03     Internal Revenue Services,
                 PO BOX 7346,   Philadelphia, PA 19101-7346
516729797       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2018 00:08:53     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC   29603-0587
516694122      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2018 00:08:36
                 LVNV Funding LLC c/o Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
516656042      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2018 00:08:37     LVNV Funding, LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
516656045      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 10 2018 00:04:20     Midland Credit Management,Inc.,
                 P.O Box 2036,   Warren, MI 48090-2036
516656047      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 10 2018 00:04:20     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516656056      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:22     Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
516885509      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 10 2018 00:05:30     U.S. Bank Trust, et al.,
                 c/o Caliber Home Loans, Inc.,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Mar 09, 2018
                              Form ID: 137             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516656057       +E-mail/Text: ebn@vativrecovery.com Mar 10 2018 00:04:07      Vativ Recovery Solutions, LLC,
                 PO Box 19249,    Sugar Land, TX 77496-9249
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516656032*     +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
516656043*     +LVNV Funding, LLC,    PO Box 10497,    Greenville, SC 29603-0497
516789297*      LVNV Funding, LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
516656046*     +Midland Credit Management,Inc.,    P.O Box 2036,    Warren, MI 48090-2036
516656054*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
516656059    ##+Wells Fargo,    PO Box 6412,    Carol Stream, IL 60197-6412
                                                                                            TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
               ewassall@udren.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```