Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−13268−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rickey L. Crumbley
   1095 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/12/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2018
JAN: rah

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rickey L. Crumbley  
    Debtor

Case No. 17-13268-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Apr 12, 2018  
                      Form ID: 148      Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
```
db          +Rickey L. Crumbley,    1095 Grove Street,    Irvington, NJ 07111-4124
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +U.S. Bank, N.A., et al,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Suite 200,
              Warrington, PA 18976-3400
516656023   +Asset Acceptance LLC/Chase Bank/Midland,    c/o Leonard Franco Jr.,
              1037 Raymond Blvd., Suite 710,    PO Box 771,    Newark, NJ 07101-0771
516656024   +Asset Acceptance, LLC/Midland Credit Man,    PO Box 2036,    Warren, MI 48090-2036
516656027   +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
516656028    Cci,    Contract Callers I,    Augusta, GA 30901
516656030   +City Ntl Bk/Ocwen Loan Service/Caliber H,    Attn: Bankruptcy,    P.O. Box 24738,
              West Palm Beach, FL 33416-4738
516656031   +City of Newark,    920 Broad Street,    Newark, NJ 07102-2660
517201239   +City of Newark Tax Department,    c/o Law Department,    920 Broad Street, Rm 316,
              Newark, NJ 07102-2609
516656035   +Everest Receivable Services,    5165 Broadway #112,    Depew, NY 14043-4012
516656036   #+First National Collecrion Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516656037   +Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,    Voorhees, NJ 08043-4381
516656039   +Heartwood 55 LLC,    PO box 5707,    Fort Lauderdale, FL 33310-5707
516656048   +MTAG Cust Alterna Funding 1 , LLC,    PO Box 54817,    New Orleans, LA 70154-4817
516763842   +MTAG-Cust-ATCF II NJ-Cap One,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
              Voorhees, NJ 08043-4381
516897973   +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville SC 29603-0826
516656044   +Macwcp II, LLP,    Attn: Gary C. Zeitz, LLC,    1105 Laurel Oak Road, Suite 136,
              Voorhees, NJ 08043-4312
516656051   +Moses Rountree, Jr.,    30 Wilbur Ave.,    Newark, NJ 07112-2312
516656049   +Palisade Collection LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
516656050   +Rjm Acq Llc,    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
516754869   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
              Trenton, NJ 08695-0245)
516656053   +Shell Point,    PO Box 10826,    Greenville, SC 29603-0826
516656055   +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:31     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:28      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516656025   +EDI: BANKAMER.COM Apr 13 2018 03:13:00      Bank of America,
              Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
516713815   +EDI: BANKAMER.COM Apr 13 2018 03:13:00      Bank of America, N.A.,    P.O. Box 31785,
              Tampa, FL 33631-3785
516656026   +EDI: BANKAMER.COM Apr 13 2018 03:13:00      Bk Of Amer,    1800 Tapo Canyon Rd,
              Simi Valley, CA 93063-6712
516656029    EDI: CITICORP.COM Apr 13 2018 03:13:00      Citi,    CitiCard Credit Services/Centralized Ban,
              Po Box 20507,    Kansas City, MO 64195
516656033   +EDI: WFNNB.COM Apr 13 2018 03:18:00      Comenity Bank/shpathme,    4590 E Broad St,
              Columbus, OH 43213-1301
516656034   +EDI: DISCOVER.COM Apr 13 2018 03:13:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
516656038   +EDI: RMSC.COM Apr 13 2018 03:13:00      GECRB/ShopNBC,    Attn: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
516656041    EDI: IRS.COM Apr 13 2018 03:13:00      Internal Revenue Services,    PO BOX 7346,
              Philadelphia, PA 19101-7346
516729797    EDI: RESURGENT.COM Apr 13 2018 03:18:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
              PO Box 10587,    Greenville, SC  29603-0587
516694122   +EDI: RESURGENT.COM Apr 13 2018 03:18:00      LVNV Funding LLC c/o Resurgent Capital Services,
              P.O. Box 10675,    Greenville, SC 29603-0675
516656042   +EDI: RESURGENT.COM Apr 13 2018 03:18:00      LVNV Funding, LLC,    PO Box 10497,
              Greenville, SC 29603-0497
516656045   +EDI: MID8.COM Apr 13 2018 03:18:00      Midland Credit Management,Inc.,    P.O Box 2036,
              Warren, MI 48090-2036
516656047   +EDI: MID8.COM Apr 13 2018 03:18:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
516656052   +EDI: SEARS.COM Apr 13 2018 03:13:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
516656056   +EDI: RMSC.COM Apr 13 2018 03:13:00      Syncb/lord & Tay,    Po Box 965015,
              Orlando, FL 32896-5015
516885509   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 12 2018 23:41:41      U.S. Bank Trust, et al.,
              c/o Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
```

```
District/off: 0312-2         User: admin              Page 2 of 2            Date Rcvd: Apr 12, 2018
                             Form ID: 148             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516656057        +E-mail/Text: ebn@vativrecovery.com Apr 12 2018 23:40:15      Vativ Recovery Solutions, LLC,
                  PO Box 19249,   Sugar Land, TX 77496-9249
516656040         EDI: WACHOVIA.COM Apr 13 2018 03:18:00      Homeq Servicing,   P.o. Box 13716,
                  Sacramento, CA 95853
516656058        +EDI: WFFC.COM Apr 13 2018 03:18:00      Wachov/ftu/Wells Fargo,    Po Box 31557,   Mac B6955-01b,
                  Billings, MT 59107-1557
516656059        +EDI: WFFC.COM Apr 13 2018 03:18:00      Wells Fargo,   PO Box 6412,
                  Carol Stream, IL 60197-6412
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516656032*       +City of Newark,   920 Broad Street,   Newark, NJ 07102-2660
516656043*       +LVNV Funding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
516789297*        LVNV Funding, LLC,   c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
516656046*       +Midland Credit Management,Inc.,   P.O Box 2036,   Warren, MI 48090-2036
516656054*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,    PO Box 283,
                  Trenton, NJ 08695)
                                                                                            TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Andrew M. Lubin   on behalf of Creditor    MTGLQ INVESTORS, L.P. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon   on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth L. Wassall   on behalf of Creditor    Bank of America, N.A. vbarber@udren.com,
           ewassall@udren.com
          Linda S. Fossi   on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Russell L. Low   on behalf of Debtor Rickey L. Crumbley rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Steven P. Kelly   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          Steven P. Kelly   on behalf of Creditor    U.S. Bank, N.A., et al skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```